SCHMENGER, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by John P. Schmenger against the New York Elevated Railroad Company and another. No opinion. Judgment affirmed, with costs.

SCHMITT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme ·Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Leopold Schmitt against The New York Central & Hudson River Railroad Company. No opinion. Order affirm-·ed, with costs.

SCHNEE, Respondent, v. PEOPLE'S BUILDING, LOAN & SAVINGS ASS'N, Ap-

pellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Lizzie Schnee against the People's Building, Loan & Savings Association. No opinion. Judgment affirmed, with costs.

SCHREYER, Respondent, v. SAUNDERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by John Schreyer against Thorndike Saunders and others. No opinion. Judgment affirmed, with costs.

SEARLS, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Henry Searls against Aaron P. Clark and others, as executors, etc. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

SEELBACH et al., Appellants, v. BECKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Rudolph Seelbach and others against Louis W. Becker and others. No opinion. Judgment affirmed, with costs.

SEXSMITH, Appellant, v. MILLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Thomas Sexsmith against Henry H. Mills. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. See 55 N. Y. Supp. 1148.

SHANNON, Appellant, v. CANADA ATL. RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by Catherine Shannon, as administratrix, etc., against the Canada Atlantic Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except PUTNAM, J., dissenting.

SIEGMAN, Appellant, v. BROOKLYN JOCKEY CLUB, Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Action by Elizabeth B. Siegman against the Brooklyn Jockey Club. No opinion. Judgment affirmed, with costs.

SOMMER, Respondent, v. ADLER et al., Appellants. (City Court of New York, General Term. March 6, 1899.) Action by Rudolph Sommer against Alfred Adler and others. From a judgment for plaintiff, and an order denying a new trial, defendants appeal. Reversed. Hoadly, Lauterbach & Johnson, for appellants. Abraham A. Joseph, for respondent.

SCHUCHMAN, J. The material questions raised on this appeal were involved in the appeal of a similar action between the same parties in the supreme court. In that action (Sommer v. Adler, 36 App. Div. 107, 55 N. Y. Supp. 483) the appellate division, First department, in January, 1899, reversed the judgment. The same disposition is to be made of this appeal. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event. FITZSIMONS, J., concurs.